**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr259**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **LATOYA BLAKENEY,** ) | |
| **TERRELL ZARDEE, and** ) | |
| **GABRIEL NEAL.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the case from the April 2009 term of court.

Each of the Defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted. 18 U.S.C. §3161(h)(6). Because the trial of the codefendants has been continued from the trial term, the Court finds the trial of these Defendants should also be continued in order to avoid a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

The Court also finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the Defendants' trials are hereby continued from the April term in the Charlotte Division.

Martin Reidinger
United States District Judge

Signed: March 23, 2009