IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:08cr259-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| LATOYA BLAKENEY. | ) | |

**THIS MATTER** is before the Court on the Government's Second Motion for Preliminary Order of Forfeiture [Doc. 126].

The Government has now clarified certain items as to which it seeks an order of forfeiture. See, Doc. 125, at 5. The items having been specifically identified, a preliminary order of forfeiture is appropriate.

**IT IS, THEREFORE, ORDERED** that the Preliminary Order of Forfeiture entered on June 29, 2009 [Doc. 125] is hereby amended to include the following items: Thirteen (13) Wal-Mart gift cards, including two (2) Unlimited Boost Mobile Pre-Paid Phone cards; one (1) ACE Cash Express card; and one (1) EBT card.

Signed: August 4, 2009

Martin Reidinger
United States District Judge